IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY G. TINKER,

    Petitioner,

 -vs-

UNITED STATES OF AMERICA,

    Respondent.                              No. 16-Cv-654-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on October 4, 2016, 2016 (Doc. 11), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

                                  JUSTINE FLANAGAN,
                                ACTING CLERK OF COURT


                       BY:  *s/Caitlin Fischer*
                                Deputy Clerk

Dated: October 5, 2016

                      Digitally signed by
                      Judge David R.
                      Herndon
                      Date: 2016.10.05
                      11:05:28 -05'00'
APPROVED:
       U.S. DISTRICT JUDGE
       U. S. DISTRICT COURT